3/16/2025

Federal Court
U.S. Western District of Texas
655 E. Cesar Chaves
San Antonio Tx. 78206

SA25CA0303 FB

FILED

MAR 20 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Johny Louise Barrios, petitioner – a pretrial detainee petitioning Pro Se for a Writ of habeas corpus alleging that continued detention without preliminary hearing or trial violated his speedy trial rights. Files this U.S.C § 2241 habeas petition, Barrios contends that his constitutional Speedy trial rights are being denied because he has been in custody since July 2023 without a preliminary hearing or trial. Pursuant to 28 U.S.C § 1291 petitioner asks to compel jurisdiction of Superior Courts.

Petitioner has not yet received a preliminary hearing or trial as of the conclusion of briefing in this cause. The case has been repeatedly continued due to a combination of competency hearings, replacement of counsel, a period between September - 30th, 2024 to current when Barrios was erroneously found to be incompetent and the waiting to be committed to a state hospital in which petitioner challenged and objected to the results in open court on a finding of fact that 4 months prior petitioner was found to be competent. The precise reason for many

Page 1.

of the continuances are unclear due to both
Magistrate and District Courts failure to
provide a justifiable cause for their delayed
tactic, and neglect in this matter petitioner
has also filed his complaint to State Commission
on Judicial Conduct please See
Re: CJC No. 25-0403 received to undergo
a thorough review and investigation. After its
consideration the Commission may impose
sanctions against a Judge, or take other
appropriate action. The Commissions actions are
governed by Article V, Section 1-a of the
Texas Constitution and Chapter 33 of the
Texas Government Code. Please be advised that
the Commissions proceedings are confidential,
we are prohibited by Section 33.033 (c) of
the Texas Government Code from identifying
by name the Judge against whom petitioner
has filed a complaint. In order to assist with
this investigation, please reference the above
listed CJC case number in all future
correspondence.
        Petitioner filed state court petitions
for relief, most of which were summarily
denied or neglected, Petitioner filed a
petition for writ of habeas corpus in the Texas
Court of Appeals, raising the failure to hold
a preliminary examination within the
ftatutory time period, which required that
he be released on his own recognizance.
                Page 2.

Petitioner, acting Pro s'e, filed a petition for writ of habeas corpus in Federal Court on February 5th 2025 in which petitioner has displayed his presence of all exhausted claims of remedies.

    Matters to be discussed:

A.  Sixth Amendment right to a speedy Trial. Petitioner Ask the Superior Court articulate a four-part test to determine when government delay has abridged the 6th. Amendment right to a speedy trial. The factors to be considered include: (1) the length of the delay; (2) the reason for the delay; (3) the accused's assertion of the right to speedy trial; and (4) the prejudice caused by the delay.

    As explained further below, the length of delay, Barrios' assertion of his right to a speedy trial, and the prejudice caused by the delay all weigh in favor of finding a violation of Barrios' right to a speedy trial. Further shall be held that the Magistrate and District Court has the burden of explaining the reasons for the delay. Because both and all have utterly failed to provide a comprehensible record and even failed to comply with procedural orders to file transcripts of relevant hearings, the reasons-for-delay factor also weighs in Barrios' favor. At this time Petitioner has respectfully supplied a fully comprehensible record,

page 3.

the scant record of his event log that is available is adequate to demonstrate that Barrios' Constitutional rights have been violated by delays that can be attributed to Respondent. Petitioner submits his event log of record as Exibit A. attached in this document.

Examining Factors

1. Given the length of delay, prejudice is presumed and triggers a Barker inquiry. See Doggett v. United States, 505 U.S. 647, 652 n. 1, 112 S. Ct. 2686, 120 L.Ed. 2d 520 (1992).

2. Reasons for the delay - The Supreme Court has repeatedly held that the prosecutor and the Court have an affirmative constitutional obligation to try the defendant in a timely manner and that this duty requires a good faith, diligent effort to bring him to trial quickly. See Moore v. Arizona, 414 U.S. 25, 26, 94 S. Ct. 188, 38 L. Ed. 2d 183 (1973). (stating that courts should inquire whether the state "discharged it's constitutional duty to make a diligent, good faith effort to bring the defendant to trial." The right to a prompt inquiry into criminal charges is fundamental and the duty of the charging authority is to provide a prompt trial."

3. Defendant's Assertion of the Right has been established and on going to the current date. please see event log as Assertion to Petitioners rights. This factor too weighs in his favor.

page 4.

4. Prejudice

The presumption that pretrial delay has prejudiced the accused intensifies over time. See Doggett, 505 U.S. at 651-52, 112 S. Ct. 2686.

The Supreme Court has specifically recognized three forms of prejudice: "Oppressive pretrial incarceration, anxiety and concern of the accused and the possibility that the accused's defense will be impaired by dimming memories and loss of exculpatory evidence" (quoting Barker) The last is considered to be the most serious because it "skews the fairness of the entire system." In this case, the defense has been hindered by the passage of time. In addition, Petitioner indicates that he has been forced to undergo treatment with medication that impairs his memory, thus aggravating the impact of the delay on his ability to defend himself. Petitioner has also been subjected to oppressive pretrial incarceration. The prejudice factor weighs strongly in Petitioner's favor. Balancing these factors, The Supreme Court shall conclude that Barrios has been denied his Sixth Amendment right to a Speedy trial. Based on the foregoing Petitioner asks this Federal Court direct to grant the Petition for Writ of Habeas Corpus. Because his Sixth Amendment right to a Speedy trial has been violated, Petitioner shall be immediately released from

page 5.

custody holding that violation of 6th.
Amendment speedy trial rights requires
dismissal.

The exhaustion doctrine is a judicially
crafted instrument which reflects a careful
balance between important interests of
federalism and the need to preserve the Writ
of habeas corpus as a "swift and imperative
remedy in all cases of illegal restraint or
confinement." Secretary of State for Home
Affairs v. O'Brien, (1923) A.C. 603, 609 (H.L.).

Page 6.

BEXAR COUNTY DISTRICT CLERK

# CASE SUMMARY
## CASE NO. DC2023CR9714

*Exibit-A*

| | | | |
|---|---|---|---|
| **State Of Texas** | § | Location: | **379th District Court** |
| **vs** | § | Judicial Officer: | **Rangel, Ron** |
| **JOHNY LOUISE BARRIOS** | § | Filed on: | **10/24/2023** |
| | § | Case Number History: | **NM723577** |
| | § | Conversion: | **NM723577** |
| | § | Judicial Number (JN): | **2136303** |
| | § | SAPD Agency Case Number: | **2023169150** |

---

### CASE INFORMATION

| **Offense** | **Statute** | **Deg** | **Date** | Case Type: | **Felony** |
|---|---|---|---|---|---|
| 1. BURGLARY OF HABITATION | 30.02 TPC | F2 | 07/31/2023 | Subtype: | **Family Violence** |
| Arrest: 07/31/2023 | | | | Case Status: | **10/11/2024  Found Incompetent** |
| **Related Cases** | | | | Case Flags: | **Mental Health Assessment Completed** |
| DC2024CR4272  (Defendant) | | | | | **No Firearms Purchase, Possess, Own, or Use** |
| | | | | | **Habitual Offender** |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **State** | **State Of Texas** | **HERRERA, BIANCA** |
| | | 2103352311(W) |
| | | *101 W NUEVA* |
| | | *SAN ANTONIO, TX 78205-3406* |

| | | |
|---|---|---|
| **Defendant** | **BARRIOS, JOHNY LOUISE** | **Otero, Alfonso** |
| | *Unavailable  Male* | *Court Appointed* |
| | SID: TX06403113 | 210-802-5303(F) |
| | Other Agency Number: OT-06573287 Out of State AG, | 210-587-4000(W) |
| | BAN_2018010509 Default, | *8620 N New Braunfels AVE* |
| | DAN_2023076703 Default, | *STE 605* |
| | DAN_2014000000 Default, | *San Antonio, TX 78217-6451* |
| | BAN_2013000000 Default, | ALFONSO.OTERO.BRIZ@GMAIL.COM |
| | BAN_2007 Default, DAN_2004 Default, | |
| | DAN_2012168063 Default, | |
| | DAN_2003819197 Default, | |
| | BAN_2020021566 Default, | |
| | DAN_2018213055 Default, | |
| | BAN_2013015830 Default, | |
| | BAN_2012099999 Default, | |
| | BAN_2014000000 Default, | |
| | DAN_13068208 Default, | |
| | DAN_2012097557 Default, | |
| | BAN_2024000000 Default, | |
| | DAN_70010305 Default, 419144 San Antonio Police Department, | |
| | DAN_2017140052 Default | |

| **Witness For State** | **JUANITA LOZANO, SAFD EMS** |
|---|---|

---

### EVENTS & ORDERS OF THE COURT

| DATE | |
|---|---|
| 11/01/2024 | Response Sent |
| 10/31/2024 | Letter |
| 10/11/2024 | **Agreed Incompetency Hearing** (10:20 AM)  (Judicial Officer: Carruthers, Andrew ;Location: Criminal Law Magistrate)<br>*Hearing Held* |

BEXAR COUNTY DISTRICT CLERK

## CASE SUMMARY
### CASE NO. DC2023CR9714

| | | |
|---|---|---|
| | 10/11/2024 | Appeared Via Zoom |
| | 10/11/2024 | DFNT TO RWB DUE TO SENT INPNT TRMNT |
| | 10/11/2024 | 🗐 Pen Pack Forwarded To |
| | 10/11/2024 | Demographic Emailed To |
| | 10/11/2024 | INIT Commitment To |
| | 10/11/2024 | 🗐 Found Incompetent |
| | 10/11/2024 | Case Handled M.A.C. |
| | 10/11/2024 | **Bond Setting**<br>Remand without Bond |
| ☞ | 09/30/2024 | **Agreed Incompetency Hearing** (10:20 AM)  (Judicial Officer: Carruthers, Andrew ;Location: Criminal Law Magistrate) |
| ✎ | 09/16/2024 | 🗐 MAG Received Competency Evaluation From |
| ⸰ | 09/16/2024 | Evaluated - Awaiting Report |
| | 08/08/2024 | Evaluation Scheduled CDCA |
| | 08/01/2024 | Awaiting Psych Evaluation (OCA) |
| | 08/01/2024 | 🗏 Court Order Psych Evaluation |
| | 08/01/2024 | 🗏 Psych Evaluation Order |
| | 08/01/2024 | Court Order Psych Evaluation |
| | 08/01/2024 | COMP EVAL GRNTED BY |
| | 08/01/2024 | MAG RCVD ORD OF REF FRM |
| | 08/01/2024 | 🗏 Order of Referral to MAG Court |
| | 08/01/2024 | 🗏 Order Granting |
| | 07/31/2024 | **Jury Trial** (9:00 AM)  (Judicial Officer: Rangel, Ron ;Location: 379th District Court)<br>*07/24/2024      Reset by Court to 07/29/2024*<br>*07/29/2024      Reset by Court to 07/31/2024* |
| Ⲙ | 07/31/2024 | 🗏 Motion For |
| | 07/30/2024 | Active (OCA) |
| Ⲛ | 07/30/2024 | 🗏 Notice |
| Ⲛ | 07/30/2024 | 🗏 Notice |
| Ⲙ | 07/30/2024 | 🗏 Motion in Limini |
| | 07/30/2024 | 🗏 Request 404(B) |
| Ⲙ | 07/30/2024 | 🗏 Motion in Limini |
| | 07/11/2024 | **Trial Date Notice Sent** (Judicial Officer: Rangel, Ron Date: 07/24/2024 |

| | | *Prepared By:* | *Receiving Party:* | *Receiving Party Address:* |
|---|---|---|---|---|
| | | Austin, Tricia | BARRIOS, JOHNY L | 247 VISTA RD<br>SAN ANTONIO, TX 78210 |
| | | Austin, Tricia | Otero, Alfonso | Sent Electronically |

| | | |
|---|---|---|
| ⋀⋀ | 06/26/2024 | 🗐 Motion For |
| ⋀⋀ | 06/17/2024 | 🗏 Motion To |
| | 06/05/2024 | Awaiting Trial |
| | 06/05/2024 | Trial Date Set |
| | 06/05/2024 | 🗐 **Trial Date** (9:00 AM)  (Judicial Officer: Rangel, Ron ;Location: 379th District Court) |

*Printed on 11/01/2024 at 9:38 AM*

# CASE SUMMARY
## CASE NO. DC2023CR9714

*06/05/2024    Reset by Court to 06/05/2024*

| | |
|---|---|
| 06/05/2024 | By Orders of Judge (Judicial Officer: Rangel, Ron ) |
| 06/05/2024 | Free Text |
| 06/05/2024 | Enhanced-Habitual |
| 05/29/2024 | Attorney Notice Emailed |
| 05/29/2024 | Attorney Notice Faxed |
| 05/02/2024 | Court Reporter |
| 05/02/2024 | **Subpoena**<br>JUANITA LOZANO, SAFD EMS<br>Unserved<br>Anticipated Server:<br>Actual Server:<br>Serving Officer:<br>Service Tracking Comment: SUBPOENA_STATUS:ISS Comment:ATTN: COR - YOU ARE HEREBY ORDERED TO PRODUCE ANY AND ALL RE CORDS_PERTAINING TO PATIENT RACHEL REYNA, DOB:01/10/1945; DEFENDANT JOHNY L. BARRIOS, DOB:02/28/1986. DATE OF INCIDENT_07/31/2023. LOCATION:247 VISTA RD. SATX 78210. SAFD INCIDENT NUMBER: 230731-0575; EXTERNAL CASE NO.-2023-0721211-SAFD. PLEASE ATTACH A NOTARIZED BUSINESS RECORDS AFFIDAVIT AND EMAIL TO ALEXIS.SMITH@BEXAR.ORG OR CALL ALEXIS AT 210-335-2582 IF YOU HAVE ANY QUESTIONS. |
| 05/02/2024 | By Orders of Judge |
| 05/02/2024 | REF BK DC TRL SET |
| 05/02/2024 | Outtake DA |
| 05/02/2024 | Hearing Held |
| 05/02/2024 | Case Handled M.A.C. |
| 05/02/2024 | Referred to Criminal Law Magistrate (CLM) |
| 05/02/2024 | **Hearing Held** (10:52 AM)  (Judicial Officer: Required, No Signature)<br>  *Hearing Held* |
| 05/02/2024 | 📄 Judgment Found Competent |
| 05/02/2024 | Conversion - Active (OCA) |
| 04/17/2024 | Referred to Criminal Law Magistrate (CLM) |
| 03/26/2024 | MAG Received Competency Evaluation From |
| 03/22/2024 | Evaluated - Awaiting Report |
| 03/14/2024 | Evaluation Scheduled CDCA |
| 03/14/2024 | Court Order Psych Evaluation |
| 03/14/2024 | Referred to Criminal Law Magistrate (CLM) |
| 03/14/2024 | ORD/OFF REPORT SENT TO |
| 03/14/2024 | Court Reporter |
| 03/14/2024 | By Orders of Judge |
| 03/14/2024 | Case Handled M.A.C. |
| 03/14/2024 | Awaiting Psych Evaluation (OCA) |
| 02/23/2024 | Motion For Production of Witness Statements and Writings |
| 02/23/2024 | Motion For Speedy Trial |
| 02/22/2024 | 📄 Order Referral |
| 02/22/2024 | Order of Referral Received |
| 02/21/2024 | Motion For Psychiatric |
| 02/21/2024 | E-File Envelope Number |
| 02/14/2024 | Awaiting Trial |
| 02/14/2024 | Trial Date Set |
| 02/14/2024 | |

# CASE SUMMARY
## CASE NO. DC2023CR9714

| | |
|---|---|
| | **Trial Date** (11:41 AM) (Judicial Officer: Required, No Signature)<br>*Default* |
| 02/08/2024 | Attorney Notice Emailed |
| 02/08/2024 | Attorney Notice Faxed |
| 01/30/2024 | Motion For Production of Witness Statements and Writings |
| 01/30/2024 | Motion For Examination Trial |
| 01/03/2024 | Awaiting Trial |
| 01/03/2024 | Trial Date Set |
| 01/03/2024 | **Trial Date** (11:45 AM) (Judicial Officer: Required, No Signature)<br>*Default* |
| 12/09/2023 | Attorney Notice Emailed |
| 12/09/2023 | Attorney Notice Faxed |
| 11/08/2023 | VA Impact Sent |
| 10/30/2023 | DC File Received In Court |
| 10/30/2023 | DC File Forwarded To |
| 10/27/2023 | Awaiting Trial Setting |
| 10/27/2023 | Arraignment Set |
| 10/27/2023 | **Arraignment Set** (3:29 PM) (Judicial Officer: Required, No Signature)<br>*Hearing Set* |
| 10/25/2023 | Precept/Indictment Issued |
| 10/24/2023 | Conversion |
| 10/24/2023 | Conversion |
| 10/24/2023 | District Court Assigned |
| 10/24/2023 | Grand Jury Report |
| 10/24/2023 | Enhanced-Habitual |
| 10/24/2023 | Indicted by Grand Jury (OCA) |
| 09/05/2023 | **Pre-Hearing Set** (2:08 AM) (Judicial Officer: Required, No Signature)<br>*Hearing Held* |
| 09/05/2023 | Pre-Hearing Set |
| 08/03/2023 | Attorney Appointed |
| 08/03/2023 | Defense Attorney Appt |
| 08/03/2023 | Grand Jury Number Assigned |
| 08/03/2023 | MH 16.22 Report Completed |
| 08/01/2023 | Conversion |
| 08/01/2023 | Conversion |
| 08/01/2023 | Awaiting Indictment |
| 08/01/2023 | Booked |
| 07/31/2023 | No Possession of Firearms |
| 07/31/2023 | Order No Contact |
| 07/31/2023 | Special Condition Bond |
| 07/31/2023 | Defendant Magistrated |
| 07/31/2023 | Bond Set |
| 07/31/2023 | Complaint Filed |
| 07/31/2023 | Free Text |
| 07/31/2023 | **Interim Condition for BARRIOS, JOHNY LOUISE** (Judicial Officer: Required, No Signature)<br>*4927 NO FIREARMS PPOU*<br>- Conversion |
| 07/31/2023 | **Interim Condition for BARRIOS, JOHNY LOUISE** (Judicial Officer: Required, No Signature)<br>*4917 ORDER NO CONTACT ORDER*<br>- Conversion |

*Printed on 11/01/2024 at 9:38 AM*

# CASE SUMMARY
## CASE NO. DC2023CR9714

| | |
|---|---|
| 07/31/2023 | **Bond Setting**<br>1. BURGLARY OF HABITATION<br>Set by Judge            $30,000.00<br>Any |
| 07/31/2023 | Conversion |