UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOHNY LOUISE BARRIOS,** **#557809,** | § § § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL NO. SA-25-CV-0303-FB |
| **THE STATE OF TEXAS,** | § § § | |
| Respondent. | § § § | |

**FINAL JUDGMENT**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Section 2241 Petition") filed by Petitioner, Johny Louise Barrios ("Petitioner" or "Barrios"). Upon review of the entire case file and this Court's Order dismissing Petitioner's Section 2241 Petition for failure to prosecute and failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Petitioner, Johny Louise Barrios's Section 2241 Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED.**

SIGNED this 2nd day of June, 2025.

_____
**FRED BIERY**
**UNITED STATES DISTRICT JUDGE**